IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | NO. 4:04-cr-00010-01 GTE | |
| SCOTTY RIDLEY | | DEFENDANT |

## ORDER

Defendant has submitted an affidavit (doc. 76) in response to the order of March 12, 2008. The Court has reviewed the affidavit and finds that Defendant is eligible for appointed counsel in his sentence reduction proceedings.

IT IS SO ORDERED this 25th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE